IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHEL DEFAZIO,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 14-2087** |
| **BANK OF AMERICA, N.A.,** | : | |
| and | : | |
| **BANK OF AMERICA CORPORATION,** | : | |
| and | : | |
| **FIA CARD SERVICES, N.A.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _11th_ day of December, 2015, the Court having been advised that the parties in the above-captioned case have reached a settlement agreement, **IT IS HEREBY ORDERED and DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each side to bear its own costs, pursuant to Fed. R. Civ. P. 41.1(b).[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.

---

[1] Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**